12/05/2007  14:37    7188527361                    LAW OFFICES                        PAGE  02/04

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------------- X

JOSEPH FIERRO,
                                                              Plaintiff,

                    - against -

THE CITY OF NEW YORK, RONNA BLEADON,
former Principal, P12X, Special Education, in her
individual capacities, SHARON BURNETT, former
Local Instructional Superintendent within Special
Education District 75, New York City Department of
Education, in her individual and official capacities, DR.
SUSAN ERBER, former Superintendent, Special
Education District 75, Citywide Programs, New York
City Department of Education, in her individual and
official capacities, and BONNIE BROWN, former
Deputy Superintendent (and current Superintendent),
Special Education District 75, Citywide Programs, New
York City Department of Education, in her individual
and official capacities.

                                                              Defendants

------------------------------------------------------------- X

*AND ORDER*

STIPULATION TO
EXTEND TIME TO
ANSWER

Index No. 303042/2007

Docket # 07 Civ. 11214 (SAS)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys that the time for Defendants to Answer the Complaint served on or about November

23, 2007 is hereby EXTENDED by 45 days. *to January 28, 2008.*

*The initial conference will take place on January 22, 2008 as scheduled.*

*So Ordered:*

*1/9/08*

IT IS FURTHER STIPULATED AND AGREED that a faxed copy of a signature

is deemed an original for purposes of this stipulation.

Dated: New York, New York
      December 5, 2007

MICHAEL A. CARDOZO
Attorney for Defendant, the City of New York
100 Church Street
New York, New York 10007
By: Kami Z. Barker
212-788-1202
212-788-0940  (fax)

OFODILE & ASSOCIATES, P.C.
Attorneys for Plaintiff
498 Atlantic Avenue
Brooklyn, NY 11217
By: Anthony C. Ofodile
(718) 852-8300
718-852-8300 (fax)

-2-

12/05/2007  14:37    7188527361              LAW OFFICES                    PAGE  04/04

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOSEPH FIERRO,

Petitioner,

- against -

THE CITY OF NEW YORK, et. al.,

Respondents.

## STIPULATION TO EXTEND TIME TO ANSWER

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Respondents
100 Church Street, Room 2-193
New York, N.Y. 10007-2601

Of Counsel: Kami Z. Barker, esq.
Tel: (212) 788-1202

Matter No. 2007-038307

*Due and timely service is hereby admitted.*

*Dated:* New York, N.Y.................................2007

Signed: .................................................................

Attorney for..........................................................

NYC LAW DEPARTMENT     Fax:212-788-8877     Jan 9 2008 17:20     P.06