UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Joseph Fierro :

        Plaintiff, :

   - against - :

The City of New
York, et. al Defendant(s). :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SCHEDULING ORDER**

07 Civ. 11214 (SAS)
Conference Date:

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 1/23/08]

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

    (1) the date of the conference and the appearances for the parties; 1-22-08
π: Anthony Ofodile     Δ: City of New York
                        Kami Z. Barker (212) 788-1702
                        Office of Corp. Counsel

    (2) a concise statement of the issues as they then appear;
Ass't Principal complained of sexual harassment by the principal - transferred as a result of complaining - limited adverse employment action — probationary employee (1st Am.)

    (3) a schedule including:
    (a) the names of persons to be deposed and a schedule of planned depositions;
Joseph Fierro                Named defendants + Superintendent

    (b) a schedule for the production of documents;
- Initial Disclosures - 2/18    - Demand for Prod. of Doc. 3/3
- Interrogatories

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;    7-31-08
emotional distress, psychological

    (d) time when discovery is to be completed;    8-30-08

[margin notes: April, May, June]

By Feb 11 to amend the complaint

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_Sept 15 at 4:30_ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

_psychologist - court annexed_

(7) anticipated length of trial and whether to court or jury;

_jury - 3-4 days_

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_____  1/22/08
SHIRA A. SCHEINDLIN
U.S.D.J.