UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

**JOSEPH FIERRO,**

            Plaintiff,

-against-

**THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, RONNA BLEADON,** former Principal, P12X, Special Education District 75, New York City Department of Education, in her individual and official capacities, **SHARON BURNETT,** former Local Instructional Superintendent within Special Education District 75, New York City Department of Education, in her individual and official capacities, **DR. SUSAN ERBER,** former Superintendent, Special Education District 75, Citywide Programs, New York City Department of Education, in her individual and official capacities, and **BONNIE BROWN,** former Deputy Superintendent (and current Superintendent), Special Education District 75, Citywide Programs, New York City Department of Education, in her individual and official capacities,

            Defendants.
------------------------------------------------------------------x

Docket #: 07-CV-11214 (SAS)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

It is hereby ordered that Plaintiff Joseph Fierro is granted leave to file his Second Amended Complaint in the above-captioned case by Friday, March 28, 2008.

Dated: New York, New York
      March 18, 2008

SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN
U.S. DISTRICT JUDGE
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK