

DOC #: _____
DATE FILED: 4/15/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

KAMI Z. BARKER
Telephone: (212) 788-1202
Fax: (212) 788-0940
Fax Not For Service of Papers
kbarker@law.nyc.gov

April 14, 2008



RECEIVED
CHAMBERS OF
APR 14 2008
JUDGE SCHEINDLIN

<u>By Facsimile Transmission to 212-805-7920</u>

Honorable Shira A. Scheindlen
United States District Judge
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

      Re: <u>Joseph Fierro v. City of New York, et. al.</u>,
          07 Civ 11214 (SAS) (JCF)
          Our File No.: 2007-038307

Dear Judge Scheindlen:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to request that defendants' time to respond to the second amended complaint be extended from April 16, to May 26, 2008. This is defendants' first request for an extension of time to respond to an amended complaint and plaintiff consents to this request.

      On or about March 17, 2008, plaintiff served an amended complaint in this matter upon the City of New York and some of the individually named defendants. Ten days later, with permission of the Court plaintiff filed a second amended complaint, dated March 27, 2008, which added a new party, the New York City Department of Education. Defendants answered the original complaint but the first and second amended complaint added individual defendants.

      The requested extension of time is needed to permit a reasonable investigation of the allegations of the second amended complaint against the individually-named defendants who were first added by the first amended complaint. It will permit this office to gather relevant documents, interview potential witnesses, investigate the complaint's numerous allegations of discrimination occurring over a three-year period, and thereafter prepare an appropriate response to the second amended complaint. It should also be noted that the requested extension, if granted by the Court, will not require adjusting the dates set forth in this Court's discovery schedule.

*[Handwritten note:]* Request granted. Defendants' time to respond to the second amended complaint is extended to and including May 26, 2008. No further adjournments will be granted. So Ordered. [signature] USDJ 4/14/08

HONORABLE SHIRA A. SCHEINDLEN
United States District Judge
Joseph Fierro v. City of New York, et. al.
07 Civ. 11214 (SAS)(JCF)
April 14, 2008
Page 2

        Accordingly, defendants respectfully request an enlargement of defendants' time to respond to the first and second amended complaints from April 16, to May 26, 2008.

        We thank the Court for its consideration of this request.

        Respectfully submitted,

        Kami Z. Barker
        Assistant Corporation Counsel

cc:    Ofodile & Associates
       Attorneys for Plaintiff
       (By Facsimile Transmission To 718-852-8300)