UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JOSEPH FIERRO,

                                              **ORDER**

                                              07 Civ. 11214 (SAS)

                        Plaintiff,

              - against -

THE CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------ x

SCHEINDLIN, U.S.D.J.:

Based upon the parties' agreement to a briefing schedule for defendants' motion to dismiss, it is now therefore

**ORDERED** that :

    1. Defendants to serve their motion to dismiss by May 13, 2008.

    2. Plaintiff to serve opposition papers by June 6, 2008.

    3. Defendants to serve reply papers upon plaintiff by June 13, 2008.

Dated:    New York, New York
               May _____, 2008

                                                                     U.S.D.J.