UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   Docket #: 07-CV-11214
**JOSEPH FIERRO,**                                                                                         (SAS)

                Plaintiff,

   -against-

**THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF EDUCATION, RONNA**                    NOTICE OF
**BLEADON,** former Principal, P12X, Special Education           CROSS-MOTION
District 75, New York City Department of Education, in
her individual and official capacities, **SHARON
BURNETT,** former Local Instructional Superintendent
within Special Education District 75, New York City
Department of Education, in her individual and official
capacities, **DR. SUSAN ERBER,** former Superintendent,
Special Education District 75, Citywide Programs, New
York City Department of Education, in her individual
and official capacities, and **BONNIE BROWN,** former
Deputy Superintendent (and current Superintendent),
Special Education District 75, Citywide Programs, New
York City Department of Education, in her individual and
official capacities,

                Defendants.
----------------- ------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Anthony C. Ofodile,

Esq., dated June 10, 2008, and the exhibits annexed thereto, the accompanying Memorandum of

Law, and all prior pleadings and proceedings, Plaintiff will cross-move this Court, before the

Honorable Shira A. Sheindlin, United States District Judge, Southern District of New York, on a

date and time to be designated by the Court, for an order pursuant to Rule 15(a) of the Federal

Rules of Civil Procedure, granting Plaintiff leave to amend the Complaint on the ground that the

proposed amendments are not made in bad faith and do not prejudice the Defendants.

Dated: Brooklyn, New York
      June 10, 2008

                        OFODILE & ASSOCIATES, P.C.
                        Attorneys for Plaintiff Joseph Fierro


                        By:   /s/ /b/ Anthony C. Ofodile, Esq.
                            Anthony Ofodile, Esq. (AO-8295)
                            Kathy A. Polias, Esq. (KP-9025)
                            498 Atlantic Avenue
                            Brooklyn, New York 11217
                            (718) 852-8300


To:    Kami Z. Barker, Esq.
       Assistant Corporation Counsel
       The City of New York Law Department
       100 Church Street
       New York, NY 10007