UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

JOSEPH FIERRO,

                              Plaintiff,

      - against -                      **07 Civ. 11214 (SAS)(JCF)**

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF EDUCATION, RONNA BLEADON, former Principal, P12X, Special Education, in her individual capacities, SHARON BURNETT, former Local Instructional Superintendent within Special Education District 75, New York City Department of Education, in her individual and official capacities, DR. SUSAN ERBER, former Superintendent, Special Education District 75, Citywide Programs, New York City Department of Education, in her individual and official capacities, and BONNIE BROWN, former Deputy Superintendent (and current Superintendent), Special Education District 75, Citywide Programs, New York City Department of Education, in her individual and official capacities,

                              Defendants.

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced action.

Assistant Corporation Counsel Kami Barker is no longer assigned to this matter. Accordingly, we respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me.

Dated:       New York, New York
               August 15, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                              City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-111
                              New York, N.Y. 10007
                              (212) 788-0887
                              Jzinaman@law.nyc.gov

                        By:     /s/
                              Jamie M. Zinaman
                              Assistant Corporation Counsel

Docket No. 01 CV 8885 (RCC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| RITA FLEMING,<br><div align="right">Plaintiff,</div><br><div align="center">- against –</div><br>THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE COMMISSIONER HOWARD SAFIR, in his official capacity and individually, NEW YORK CITY POLICE COMMISSIONER BERNARD KERIK, in his official capacity and individually, VIRGINIA MARKMAN as executor for the estate of MICHAEL MARKMAN, in his official capacity and individually, NEW YORK CITY POLICE INSPECTOR ANTHONY IZZO, in his official capacity and individually,<br><div align="right">Defendants.</div> |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-117*<br>*New York, NY  10007*<br><br>*Of Counsel:  Cindy E. Switzer*<br>*Tel:  (212) 788-0956*<br>*NYCLIS No. 01GL002000* |
| *Due and timely service is hereby admitted*<br><br>*New York, N.Y.  ......................................................, 200 . . .*<br><br>*......................................................................Esq.*<br><br>*Attorney for..........................................................................* |