UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSEPH FIERRO,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, RONNA BLEADON, former Principal, P12X, Special Education District 75, New York City Department of Education, in her individual and official capacities, SHARON BURNETT, former Local Instructional Superintendent within Special Education District 75, New York City Department of Education, in her individual and official capacities, DR. SUSAN ERBER, former Superintendent, Special Education District 75, Citywide Programs, New York City Department of Education, in her individual and official capacities, and BONNIE BROWN, former Deputy Superintendent (and current Superintendent), Special Education District 75, Citywide Programs, New York City Department of Education, in her individual and official capacities,

                                Defendants.
------------------------------------------------------------------x

**CORRECTED NOTICE OF APPEAL**

*See reason below

07 Civ. 11214 (SAS)

**PLEASE TAKE NOTICE** that defendant Ronna Bleadon hereby appeals to the United States Court of Appeals for the Second Circuit, from the Opinion and Order (one paper) of the Hon. Shira A. Scheindlin, herein dated July 30, 2008, and entered on or about July 30, 2008. This appeal is taken from each and every part of said Opinion and Order (one paper) as well as from the whole thereof.

Dated:     New York, New York
             August 27, 2008

*Ronna Bleadon
is the only defendant appealing

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the
                                         City of New York
                                   Attorney for Defendant Ronna Bleadon
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 788-1010

                          By: _____
                                   LEONARD KOERNER
                                   Chief, Appeals Division

TO:    KATHY A. POLIAS, ESQ.
        OFODILE & ASSOCIATES, P.C.
        Attorneys for Plaintiff
        498 Atlantic Ave
        Brooklyn, New York 11217
        (718) 852-8300

        CLERK
        Southern District

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08