UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
JOSEPH FIERRO,
:    CONSOLIDATION
          Plaintiff,                                ORDER
:
    - against -                         07 Civ. 11214 (SAS)
:
CITY OF NEW YORK, RONNA BLEADON,
SHARON BURNETT, DR. SUSAN ERBER,  :
BONNIE BROWN, and NEW YORK CITY
DEPARTMENT OF EDUCATION,        :

          Defendants.     :
------------------------------------X
:
JOSEPH FIERRO,
:    08 Civ. 5329 (SAS)
          Plaintiff,
:
    - against -
:
CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, SHARON  :
BURNETT, DR. SUSAN ERBER and
BONNIE BROWN,                       :

          Defendants.     :
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      IT IS HEREBY ORDERED that related case number 08 Civ. 5329 (SAS) be consolidated into lead case number 07 Civ. 11214 (SAS) for all purposes and all subsequent filings be filed under that lead case number. The Clerk of the Court is directed to close case number 08 Civ. 5329 (SAS).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 28, 2008

- **Appearances** -

**For Plaintiff:**

Anthony C. Ofodile, Esq.
Law Offices of Anthony Ofodile
498 Atlantic Avenue
Brooklyn, NY 11217
(718) 852-8300

**For Defendants:**

Kami Z. Barker
Jamie M. Zinaman
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-0303/0887