

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMIE M. ZINAMAN**
*Assistant Corporation Counsel*
Phone: (212) 788-0887
Fax: (212) 788-8877
E-mail: jzinaman@law.nyc.gov

May 27, 2010

**BY ECF**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

                Re:    Fierro v. City of New York, et. al.,
                        07CV11214 (SAS) (JCF)

Dear Judge Scheindlin:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above referenced matter.  I write to respectfully inform the Court that the parties have resolved the Fierro cases with docket number 07CV11214 and 08CV5329 in the Southern District, as well as the Fierro case in the Eastern District, docket number 08CV1837.  The parties have executed a stipulation and order of settlement and discontinuance, and request that the Court so-order this stipulation.

      Thank you for your time and consideration of this letter.

                                      Respectfully submitted,

                                      /s/

                                      Jamie M. Zinaman
                                      Assistant Corporation Counsel

CC:    Anthony Ofodile
          BY ECF