UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JOSEPH FIERRO,

           Plaintiff,

 - against -

THE CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------ X

**ORDER OF
DISCONTINUANCE**

08 Civ. 5329 (SAS)
07 Civ. 11214 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of these actions, IT IS HEREBY ORDERED that the above-captioned actions be, and the same hereby are, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the actions to the calendar of the undersigned if the settlement is not effected, in which event the actions will be restored.

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   May 25, 2010
         New York, New York

- Appearances -

## For Plaintiff:

Anthony Ofodile, Esq.
Law Offices of Anthony Ofodile
498 Atlantic Ave.
Brooklyn, NY 11217
(718) 852-8300

## For Defendants:

Jamie Zinaman
Assistant Corporation Counsel
NYC Law Department, Office of the Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-0887